UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-710-MWF(RAOx)**                               Dated: **May 4, 2017**

Title:      Robert McCarthy -*v*- Gi Hyung Kim, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                            None Present

PROCEEDINGS (IN CHAMBERS):       ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed May 3, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 5, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                    Initials of Deputy Clerk   cw
CIVIL - GEN

-1-